IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARY A. CRAIG-BRITTON     PLAINTIFF

v.     CIVIL NO. 10-3048

MICHAEL J. ASTRUE, Commissioner
Social Security Administration     DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find that the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as an indigent. The Clerk is hereby directed to file the complaint *nunc pro tunc* as of May 18, 2010.

Plaintiff's *in forma pauperis* application will be returned without filing. In her application, Plaintiff refers to herself by two separate last names. Furthermore, Plaintiff does not specify her marital status. As such, the clerk is directed to return the application to counsel with directions to provide more specific information regarding Plaintiff's name and marital status, and if married, her husband's employment and salary. Plaintiff is hereby directed to file her amended application on or before June 2, 2010. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 19th day of May 2010.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 19 2010
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO72A
(Rev. 8/82)