```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**MARY A. CRAIG-BRITTON**                                            **PLAINTIFF**

v.                          Civil No. 10-3048

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security**                                  **DEFENDANT**

### O R D E R

Now on this 7th day of June, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 12), to which no objections have been filed. The Court, having carefully considered the Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 12) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 12), the decision of the ALJ is hereby **AFFIRMED** and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE